

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00510-CV |
| Style: | Rosemary Ejiofor as next friend of Destiny Ejiofor v. Kanti Bansal d/b/a SignatureCare Emergency Center, Round Table Physicians Group, PLLC and Chyna Corallino |
| Date motion filed*: | January 30, 2019 |
| Type of motion: | Unopposed Motion for Extension to File Reply Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Reply |

Is appeal accelerated?

If motion to extend time:

| | |
|---|---|
| Original due date: | December 31, 2018 |
| Number of previous extensions granted: | 1       Current Due date: January 30, 2019 |
| Date Requested: | February 5, 2019 |

Ordered that motion is:

☑     Granted

       If document is to be filed, document due: February 5, 2019

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

Judge's signature: ___/s/ Julie Countiss_____
                  x Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: ___January 31, 2019___

November 7, 2008 Revision